**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **MARY JOYCE SMITH a/k/a** | ) | **CASE NO: 14-55327-jrs** |
| **MARY H. SMITH,** | ) | |
| | ) | **CHAPTER 13** |
| Debtor. | ) | |
| | ) | **CONTESTED MATTER** |
| _____ | ) | |
| **THE AOK MEMORIAL PROPERTIES,** | ) | |
| **LLC, As Assignee of UNITED** | ) | |
| **COMMUNITY BANK,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| **MARY JOYCE SMITH a/k/a** | ) | |
| **MARY H. SMITH** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**MOTION TO CONTINUE JULY 31st HEARING ON DEBTOR'S**
**OBJECTION TO PROOF OF CLAIM #4**

**COMES NOW** the AOK Memorial Properties, LLC (hereinafter "Movant" or "AOK"), to

request this honorable Court continue the hearing on Debtor's Objection to Proof of Claim #4

currently set for July 31, 2014, at 2:00 p.m. In support herein Movant alleges as follows:

1.

Mary Joyce Smith a/k/a Mary H. Smith ("Debtor") filed a petition constituting an Order for

Relief under 11 U.S.C. Chapter 13 on March 14, 2014.

2.

AOK is a creditor of Debtor by virtue of Debtor d/b/a Lion of Judah a/k/a Lions of Judah

a/k/a Lions Gate Ballroom executing a Lease Agreement (the "Lease") on or about October 1, 2013,

with United Community Bank (the "Bank") for the lease of Units N and O at the real property

{File: 00093832.DOC / }

commonly known as and located at 6202 Memorial Drive, Stone Mountain, Georgia 30083 (the

"Property").

3.

Debtor filed her Objection to Proof of Claim #4 (the "Objection") on June 20, 2014,

contending that AOK "miscalculated the amounts due on the lease between the parties by almost

100% and shows that creditor has misstated the monthly payments and the utilities owed. A hearing

on the matter is set for July 31, 2014, at 2:00 p.m. (the "Hearing").

4.

Debtor offered no factual statements or evidence supporting the allegations raised in her

Objection.

5.

AOK has served upon Debtor interrogatories and requests for production of documents

related to her Objection.

6.

AOK respectfully requests that the Court continue the Hearing to a later date to allow the

parties to provide, receive, and review the requested discovery materials.

7.

Further, AOK expects that both Debtor and AOK will call multiple witnesses at the

Hearing.  AOK respectfully requests that the Court specially set a hearing in order to allow the

parties enough time to present its witnesses and its evidence.

8.

Finally, Louis G. McBryan, counsel for AOK will be out of the country on the date of the

Hearing. Counsel inadvertently neglected to file with the Court in this matter his Leave of

Absence showing his absence on the Hearing date.  AOK respectfully requests that the Court

continue the Hearing to a later date to allow counsel to attend.

9.

The confirmation hearing in Debtor's case has been re-set to August 21, 2014, at 2 p.m.

**WHEREFORE,** Movant prays that the Court grant relief as follows:

a)      continue the Hearing currently set for July 31, 2014, at 2:00 p.m. to a later date;

b)      specially set the new Hearing date to allow the parties to present its witnesses and

evidence; and

c)      allow counsel for AOK to file with the Court in this matter his Leave of Absence.

This 18th day of July, 2014.          Respectfully submitted,

HOWICK, WESTFALL, MCBRYAN
& KAPLAN, LLP

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
David A. Bikoff, Georgia Bar No. 137339
3101 Tower Creek Parkway
One Tower Creek, Suite 600
Atlanta, Georgia 30339
(678) 384-7000 Telephone
(678) 384-7034 Facsimile
lmcbryan@hwmklaw.com
dbikoff@hwmklaw.com
*Attorneys for Movant*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **MARY JOYCE SMITH a/k/a** ) | **CASE NO: 14-55327-jrs** |
| **MARY H. SMITH,** ) | |
| ) | **CHAPTER 13** |
| **Debtor.** ) | |
| ) | **CONTESTED MATTER** |
| _____ ) | |
| **THE AOK MEMORIAL PROPERTIES,** ) | |
| **LLC, As Assignee of UNITED** ) | |
| **COMMUNITY BANK,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| **MARY JOYCE SMITH a/k/a** ) | |
| **MARY H. SMITH** ) | |
| ) | |
| **Respondents.** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

        I hereby certify that I have this day served the individuals listed below with a copy of the foregoing ***Motion to Continue July 31st Hearing on Debtor's Objection to Proof of Claim #4*** by placing a copy of same in a properly addressed envelope with sufficient postage affixed and depositing in the United States Mail.

Mary Joyce Smith
PO Box 870595
Stone Mountain, GA 30087

Ralph Goldberg                                    Adam M. Goodman
Goldberg & Cuvillier, P.C.                    Chapter 13 Trustee
Tucker, GA 30084                                 Suite 200
                                                          260 Peachtree Street
                                                          Atlanta, GA 30303

This 18th day of July, 2014.

                                                          /s/Louis G. McBryan
                                                          Louis G. McBryan, Georgia Bar No. 480993
                                                          David A. Bikoff, Georgia Bar No. 137339